UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-60823-COHN/SELTZER

LINDA SCHWARTZMAN,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Linda Schwartzman, and Defendant, The Hartford Life and Accident Insurance Company, by and through their undersigned Counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal With Prejudice, with each party to bear her/its own attorneys' fees and costs.

Dated this 11th day of July, 2017.

| | |
|---|---|
| /s/ Paul M. Sullivan | /s/ Jonathan M. Fordin |
| Paul M. Sullivan, Jr., Esquire | Jonathan M. Fordin, Esquire |
| Florida Bar No. 223891 | Florida Bar No. 371637 |
| Paul M. Sullivan, Jr., P.A. | SHUTTS & BOWEN LLP |
| 4440 PGA Blvd., Suite 600 | 200 South Biscayne Blvd. |
| Palm Beach Gardens, FL 33410 | Suite 4100 |
| Telephone: 561-689-2222 | Miami, FL 33131 |
| Fax: 561-689-5001 | Telephone: 305-347-7390 |
| sullivanpaul01@gmail.com | Fax: 305-381-9982 |
| *Counsel for Plaintiff* | jfordin@shutts.com |
| | *Counsel for Defendant* |

MIADOCS 15019016 1 24022.0637